```
_____ FILED                    _____ RECEIVED
_____ ENTERED                  _____ SERVED ON
                       COUNSEL/PARTIES OF RECORD

            DEC 1 4 2011

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY: _____ DEPUTY
```

## UNITED STATES ~~DISTRICT COURT~~

### DISTRICT OF NEVADA

WILLIAM MITCHELL BELL,              )
                                    )
            Petitioner,             )    3:11-cv-00741-ECR-WGC
                                    )
vs.                                 )    **ORDER**
                                    )
JACK PALMER, *et al.*,              )
                                    )
                                    )
            Respondents.            )
_____/

         Before the court is respondents' motion for enlargement of time to respond to this court's

Order dated October 24, 2011 (ECF #6).  Good cause appearing, respondents' motion is granted.

         **IT IS THEREFORE ORDERED** that respondents' motion for enlargement of time

(ECF #6) is **GRANTED**.  Respondents shall have up to and including January 23, 2012 to file and serve

their response to the court's Order to show cause.


         DATED this **13** day of _____December_____, 2011.

                              _____Edward C. Reed_____
                              UNITED STATES DISTRICT JUDGE