```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
          COUNSEL/PARTIES OF RECORD

          DEC 1 4 2011

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:                          DEPUTY
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM MITCHELL BELL,<br><br>      Petitioner,<br><br>vs.<br><br>JACK PALMER, *et al.*,<br><br>      Respondents. | 3:11-cv-00741-ECR-WGC<br><br>**ORDER** |

Before the court is respondents' motion for enlargement of time to respond to this court's Order dated October 24, 2011 (ECF #6).  Good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for enlargement of time (ECF #6) is **GRANTED**.  Respondents shall have up to and including January 23, 2012 to file and serve their response to the court's Order to show cause.

DATED this **13** day of _December_____, 2011.

_Edward C. Reed_____
UNITED STATES DISTRICT JUDGE